**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KENNETH MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:20-cv-01638-HEA |
| ACCESS SECURE PAK, | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice for failure to comply with the Court's order of November 23, 2020. *See* Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that an appeal from this order of dismissal would not be taken in good faith.

Dated this 1st day of February, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE